27 F.3d 557
 McKenna (Gerald P.), Hooper (Brian L.), Dooley (John), Gans
(Kevin), Ozolina (David), Harrington (Desmond),
McPherson (Robert), Brown (Maurice), Gay (Andre)
v.
Lehman (Joseph), Beard (Jeffrey, Dr.), Morck (R.R.),
Kressler (K.L.), Sohomuch (M.), Smith (Mr.), Shuffer
(Douglas W.), Brown (Maurice), Gans (Kevin), McPherson
(Robert), McKenna (Gerald P.), Gay (Andre), Hooper (Brian),
Ozolina (Dave)
 NO. 93-7364
 United States Court of Appeals,
Third Circuit.
 May 19, 1994
 
 Appeal From: M.D.Pa.,
 Muir, J.
 
 
 1
 AFFIRMED.